# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    DIANNE L. CONRAD              :    Bankruptcy No. 18-14352 REF
                                  :
    Debtor                        :    Chapter 7

## CERTIFICATION OF NO ANSWER

AND NOW, this 18th day of July, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him regarding the Notice of Motion, Response Deadline and Hearing Date with respect to the Debtor's Motion to Avoid Lien of OneMain.

                                                    s/ David S. Gellert
                                                    David S. Gellert, Esquire
                                                    Attorney for Debtor
                                                    David S. Gellert, P.C.
                                                    3506 Perkiomen Avenue
                                                    Reading, PA 19606
                                                    (610) 779-8000
                                                    Fax: (610) 370-1393
                                                    dsgrdg@ptdprolog.com