# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
   DIANNE L. CONRAD            :        Bankruptcy No. 18-14352 REF
                                    :
   Debtor                      :        Chapter 7

## ORDER

Upon the motion of Debtor to avoid an alleged nonpossessory, nonpurchase money security interest of OneMain in Debtor's exempt personal property located at 3607 Pricetown Road, Fleetwood, PA 19522, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above nonpossessory, nonpurchase money security interest of OneMain, if any, in Debtor's personal property located at 3607 Pricetown Road, Fleetwood, PA 19522, is avoided to the extent it impairs Debtor's exemption,

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: July 20, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge