United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-14352-ref
Dianne L. Conrad                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR           Page 1 of 1         Date Rcvd: Jul 20, 2018
                            Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db           +Dianne L. Conrad,    3607 Pricetown Road,    Fleetwood, PA 19522-8976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14131318       E-mail/PDF: cbp@onemainfinancial.com Jul 21 2018 02:09:27      OneMain,   P. O. Box 64,
               Evansville, IN 47701-0064
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Dianne L. Conrad dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    DIANNE L. CONRAD | : | Bankruptcy No. 18-14352 REF |
| | : | |
|    Debtor | : | Chapter 7 |

## ORDER

Upon the motion of Debtor to avoid an alleged nonpossessory, nonpurchase money security interest of OneMain in Debtor's exempt personal property located at 3607 Pricetown Road, Fleetwood, PA 19522, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above nonpossessory, nonpurchase money security interest of OneMain, if any, in Debtor's personal property located at 3607 Pricetown Road, Fleetwood, PA 19522, is avoided to the extent it impairs Debtor's exemption,

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: July 20, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge