IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Diane Conrad,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC dba Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE3,<br>    Movant,<br>v.<br>Diane Conrad,<br>    Debtor,<br><br>William Miller*R, Trustee,<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-14352/REF<br><br>11 U.S.C. § 362 |

# **O R D E R**

AND NOW, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 19 Kegerise Drive, Temple, PA 19560; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

**Date: September 21, 2018**

BY THE COURT:

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE