United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14352-ref
Dianne L. Conrad                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 1            Date Rcvd: Sep 21, 2018
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
db          +Dianne L. Conrad,    3607 Pricetown Road,    Fleetwood, PA 19522-8976
cr          +Nationstar Mortgage LLC et al....,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr          +U.S. Bank National Association, as Trustee, et als,    RAS Crane LLC,
              10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Dianne L. Conrad dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   U.S. Bank National Association, as Trustee, et als
               bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC et al.... pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Diane Conrad,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC dba Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE3,<br>    Movant,<br>v.<br>Diane Conrad,<br>    Debtor,<br><br>William Miller*R, Trustee,<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER 18-14352/REF<br><br>11 U.S.C. § 362 |

## **O R D E R**

AND NOW, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 19 Kegerise Drive, Temple, PA 19560; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

**Date: September 21, 2018**

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE