# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    DIANNE L. CONRAD | : | Bankruptcy No. 18-14352 REF |
| | : | |
|    Debtor | : | Chapter 13 |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 23rd day of October, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated September 28, 2018 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  October 23, 2018

   s/   David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net