United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14352-ref
Dianne L. Conrad                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 1           Date Rcvd: Oct 24, 2018
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db             +Dianne L. Conrad,    3607 Pricetown Road,    Fleetwood, PA 19522-8976
cr             +Nationstar Mortgage LLC et al....,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +U.S. Bank National Association, as Trustee, et als,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Dianne L. Conrad dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association, as Trustee, et als
               bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                            :
    DIANNE L. CONRAD            :    Bankruptcy No. 18-14352 REF
                                                  :
    Debtor                      :    Chapter 13

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtor, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtor, in the amount of $3,327.50 for compensation and the amount of $324.00 for reimbursement of expenses, is hereby approved; $1,535.00 of which has been paid.

BY THE COURT:

**Date: October 24, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge