United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dianne L. Conrad  
     Debtor

Case No. 18-14352-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Nov 01, 2018  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14174704        E-mail/PDF: cbp@onemainfinancial.com Nov 02 2018 02:58:59      ONEMAIN,    P.O. BOX 3251, EVANSVILLE, IN 47731-3251  
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:  
       DAVID S. GELLERT    on behalf of Debtor Dianne L. Conrad dsgrdg@ptdprolog.net  
       KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com  
       KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association, as Trustee, et als kbuttery@rascrane.com  
       KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
       WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                 TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14352-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Dianne L. Conrad
3607 Pricetown Road
Fleetwood PA 19522

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/30/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/03/18

Tim McGrath
**CLERK OF THE COURT**