| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-14352-PMM

DIANNE L CONRAD  
3607 PRICETOWN ROAD  
FLEETWOOD  PA    19522

Petition Filed Date: 06/29/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date: 09/27/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $475.00 | | 02/21/2019 | $475.00 | | 03/22/2019 | $475.00 | |
| 04/22/2019 | $475.00 | | 05/16/2019 | $475.00 | | 06/20/2019 | $475.00 | |
| 07/18/2019 | $475.00 | | 08/26/2019 | $475.00 | | 09/27/2019 | $475.00 | Monthly Plan P |
| 10/24/2019 | $475.00 | | 12/02/2019 | $475.00 | | 12/30/2019 | $475.00 | |
| 01/27/2020 | $475.00 | | 02/28/2020 | $475.00 | | 03/27/2020 | $475.00 | |
| 04/24/2020 | $475.00 | | 06/01/2020 | $475.00 | | 06/26/2020 | $475.00 | |
| 07/23/2020 | $475.00 | | | | | | | |

**Total Receipts for the Period:  $9,025.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,875.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | LINEAR MORTGAGE, LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC as agent for<br>»» 002 | Unsecured Creditors | $1,129.07 | $659.93 | $469.14 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $13,112.03 | $7,664.10 | $5,447.93 |
| 5 | DAVID S GELLERT ESQ<br>»» 005 | Attorney Fees | $2,116.50 | $2,116.50 | $0.00 |

**Chapter 13 Case No. 18-14352-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,875.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $10,440.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,006.97 | Total Plan Base: | $17,100.00 |
| Funds on Hand: | $427.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.