Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-14352-PMM**

DIANNE L CONRAD  
3607 PRICETOWN ROAD  
FLEETWOOD  PA   19522

Petition Filed Date: 06/29/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date: 09/27/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $475.00 | | 02/28/2020 | $475.00 | | 03/27/2020 | $475.00 | |
| 04/24/2020 | $475.00 | | 06/01/2020 | $475.00 | | 06/26/2020 | $475.00 | |
| 07/23/2020 | $475.00 | | 08/28/2020 | $475.00 | | 09/24/2020 | $475.00 | |
| 10/29/2020 | $475.00 | | 11/30/2020 | $475.00 | | 12/28/2020 | $475.00 | |
| 01/28/2021 | $475.00 | | 03/01/2021 | $475.00 | | 03/25/2021 | $475.00 | |
| 05/05/2021 | $475.00 | | 05/27/2021 | $475.00 | | | | |

**Total Receipts for the Period: $8,075.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | LINEAR MORTGAGE, LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC as agent for<br>»» 002 | Unsecured Creditors | $1,129.07 | $1,005.65 | $123.42 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $13,112.03 | $11,678.88 | $1,433.15 |
| 5 | DAVID S GELLERT ESQ<br>»» 005 | Attorney Fees | $2,116.50 | $2,116.50 | $0.00 |

**Chapter 13 Case No. 18-14352-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,625.00 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $14,801.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,396.47 | Total Plan Base: | $17,100.00 |
| Funds on Hand: | $427.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.