United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dianne L. Conrad  
    Debtor

Case No. 18-14352-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 28, 2021      Form ID: 138NEW      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dianne L. Conrad, 3607 Pricetown Road, Fleetwood, PA 19522-8976 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Nationstar Mortgage LLC et al...., 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14131312 | | Bayview Loan Servicing LLC, P. O. Box 650091, Dallas, TX 75265-0091 |
| 14131313 | + | Chris A. Fields, 305 Memorial Highway, Fleetwood, PA 19522-8926 |
| 14255372 | + | Linear Mortgage, LLC, PO Box 2420, Sarasota, FL 34230-2420 |
| 14131316 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14131317 | + | Mr. Cooper, P. O. Box 619094, Dallas, TX 75261-9094 |
| 14131319 | + | Tracey Fields, 305 Memorial Highway, Fleetwood, PA 19522-8926 |
| 14190903 | + | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14170586 | | U.S. Bank National Association, as Trustee, et als, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:35:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14131311 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 28 2021 23:25:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd., Fifth Floor, Coral Gables, FL 33146-1873 |
| 14192045 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 28 2021 23:25:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14131314 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:25:00 | Comenity - Woman Within, Bankruptcy Dept., P. O. Box 182125, Columbus, OH 43218-2125 |
| 14131315 | + | Email/Text: dsgrdg@ptdprolog.net | Jul 28 2021 23:25:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14174704 | | Email/PDF: cbp@onemainfinancial.com | Jul 28 2021 23:35:24 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14131318 | | Email/PDF: cbp@onemainfinancial.com | Jul 28 2021 23:35:33 | OneMain, P. O. Box 64, Evansville, IN 47701-0064 |

Case 18-14352-pmm    Doc 49    Filed 07/30/21    Entered 07/31/21 00:36:14    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 26 |

| 14221197 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|
| | | Jul 28 2021 23:35:33 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14189183 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 28 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, as Trustee, et als, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Dianne L. Conrad dsgrdg@ptdprolog.net |
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association as Trustee, et als cdigianantonio@rascrane.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC et al.... pa-bk@logs.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dianne L. Conrad
      Debtor(s)                                            Bankruptcy No: 18−14352−pmm

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                    For The Court
                                                    Timothy B. McGrath
                                                    Clerk of Court

Dated: 7/28/21

                                                                               48 − 46
                                                                      Form 138_new